# Court of Appeals
# of the State of Georgia

ATLANTA,____March 01, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A0621.  JAMES GLENN WILDER v. THE STATE.**

This appeal was docketed in this Court on December 4, 2015.  Appellant's brief was due to be filed within 20 days of docketing.  *See* Court of Appeals Rule 23(a). On January 26, 2016, when Appellant had failed to file a brief, this Court ordered him to file a brief within ten (10) days.  He has yet to file his brief or any request for an extension.

This appeal therefore is DISMISSED pursuant to Court of Appeals Rule 23(a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____* 03/01/2016 ____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*